IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD WATKINS**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:15-cv-291 |
| | ) | |
| **JOHN E. WETZEL**, et al., | ) | |
| | ) | |
| Respondents. | ) | |

_____

| | | |
|---|---|---|
| **GERALD WATKINS**, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **2:05cv158** |
| | ) | **Electronic Filing** |
| **JEFFREY BEARD**, Commissioner, | ) | |
| Pennsylvania Department of Corrections; | ) | **THIS IS A CAPITAL CASE** |
| **LOUIS S. FOLINO**, | ) | |
| Superintendent of the State Correctional | ) | |
| Institution at Greene; and | ) | |
| **FRANKLIN TENNIS**, | ) | |
| Superintendent of the State | ) | |
| Correctional Institution at Rockview, | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW, this 7th day of November, 2024, the Court having considered Petitioner's Motion for Order for Production of Allegheny County Jail Records (ECF No. 85, 37), **IT IS ORDERED** that the Motions be, and the same hereby are, granted. The Allegheny County Jail shall produce to Petitioner Gerald Watkins' counsel, Attorney Cristi A. Charpentier, all records it has in its possession pertaining to him. It is further ORDERED that Petitioner's counsel shall make arrangements as necessary so that these records are available to Respondents' counsel.

<u>s/DAVID STEWART CERCONE</u>
David Stewart Cercone
Senior United States District Judge

cc:  counsel of record
    (*Via CM/ECF Electronic Mail*)